JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE TOUSSAINT and RICHARD ANDERSON, as successors in interest to SAWANDI TOUSSAINT-ANDERSON, deceased,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF EL MONTE, OFFICER DANNY JAUREGUI, OFFICER JACOB BURSE, OFFICER LUIS MIJANGOS, OFFICER ISAAC RODRIGUEZ, and DOES 5 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-cv-06669-AB-KK<br><br>[~~PROPOSED~~] **ORDER RE STIPULATION TO DISMISS WITH PREJUDICE ENTIRE ACTION** |

Based on the parties' Stipulation, this action is **DISMISSED** in its entirety as to all Defendants with prejudice, pursuant to Fed. R.Civ. P. 41(a)(1). All parties waive any right to seek any costs and attorney's fees.  IT IS SO ORDERED.

DATED: October 17, 2023

_____
Honorable Andre Birotte Jr.
United States District Court Judge